**Suruj NARAYAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

Nos. 05–72597, 05–74558.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted March 6, 2006.*

Filed March 10, 2006.

Ashwani K. Bhakhri, Esq., Law Offices of Ashwani K. Bhakhri, Burlingame, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Anthony C. Payne, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

A review of the record and petitioner's response to the court's order to show cause indicates that the questions raised in these consolidated petitions for review are so insubstantial as not to require further argument because petitioner's motion to reopen was filed more than three years too late and the record indicates that petitioner did not exercise due diligence. *See* 8 C.F.R. § 1003.2(b)(2); *Socop–Gonzalez v. INS,* 272 F.3d 1176, 1178 (9th Cir.2001) (en banc); *United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily deny these consolidated petitions for review.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

All pending motions are denied as moot.

**DENIED.**